**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 25-CR-80105-EA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SEAN J. ALTERMAN,

      Defendant.

                           /

## SEAN J. ALTERMAN'S UNOPPOSED MOTION TO PERMIT TRAVEL

Defendant, Sean J. Alterman, by and through undersigned counsel, respectfully requests entry of an order permitting him to travel to the Washington D.C. area from March 23, 2026, through March 26, 2026 (the "Motion").[1] In support of the Motion, Mr. Alterman states as follows:

Mr. Alterman requests permission to travel to the Washington D.C. for vacation with his son. If the Court grants the Motion, Mr. Alterman will stay at a hotel in or around Washington D.C. Mr. Alterman will provide his Pretrial Services officer with a full itinerary of his travel plans prior to the trip.

On July 31, 2025, Mr. Alterman was released on a personal surety bond and has complied with his release conditions since that time. *See* [ECF No. 12]. Undersigned counsel has conferred with Mr. Alterman's assigned Pretrial Services Officer, and she does not oppose the requested travel. Undersigned counsel has also conferred with United States Department of Justice attorney Reginald Cuyler Jr., and he does not oppose the proposed travel. A proposed order is attached as

---

[1] Mr. Alterman previously requested permission to travel to Washington D.C. for vacation, which the Court approved. *See* [ECF No. 36]. Due to logistical issues, Mr. Alterman had to reschedule the vacation.

1

**Exhibit A**.

WHEREFORE, Sean J. Alterman respectfully requests entry of an order permitting him to make the trip requested herein.

Dated: February 27, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
One Biscayne Tower
Miami, FL 33131
Telephone: (305) 614-1400
Facsimile: (305) 614-1425

/s/ *Matthew DellaBetta*
Matthew DellaBetta
Fla. Bar No. 1031216
mdellabetta@sknlaw.com

Ryan K. Stumphauzer
Fla. Bar No. 12176
rstumphauzer@sknlaw.com

*Counsel for Sean J. Alterman*

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Sean J. Alterman has conferred with counsel for the United States prior to filing this motion. The United States does not oppose the requested relief.

*/s/ Matthew DellaBetta*
Matthew DellaBetta

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2026, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Matthew DellaBetta*
Matthew DellaBetta